JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BETH ARRIAGA, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION; and DOES 1 through 25, inclusive;<br><br>    Defendants. | Case No.: 5:22-cv-00740-JGB-SPx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>*[On Removal from the Superior Court of the State of California for the County of Riverside, Case No.: CVSW2201085]* |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Date: September 26, 2022

HONORABLE JESUS G. BERNAL
United States District Judge